CASPER J. RANKIN (CA SBN 249196)
TRAVIS J. LILLIE (CA SBN 267339)
JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Entered on Docket**
**November 09, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed November 09, 2010

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**
_____

Attorneys for CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2006-HE3

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SALLY SALAZAR MAMARIL ,<br><br><br><br><br><br><br>Debtor(s). | Case No. 10-55809<br><br>Chapter 13<br><br>R.S. No. TJL-286<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:   October 27, 2010<br>TIME:    10:00 AM<br>CTRM:   3099<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on October 27, 2010, at 10:00 AM, in Courtroom 3099, upon the Motion of Citibank, N.A., as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2006-HE3 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Sally Salazar Mamaril ("Debtor") commonly known as 3499 Valley Vista Drive, San Jose, California 95148 (the "Real Property"), which is legally described as follows:

- 1 -

LOT 38, AS SHOWN ON THAT CERTAIN MAP ENTITLED TRACT NO. 9131, WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY SANTA CLARA, STATE OF CALIFORNIA ON MARCH 19, 1999, IN BOOK 713 OF MAPS PAGE(S) 26 AND 27.

EXCEPTING THEREFROM THE UNDERGROUND WATER RIGHTS, WITHOUT RIGHTS OF SURFACE ENTRY, AS CONVEYED TO CITY OF SAN JOSE, A MUNICIPAL CORPORATION BY DEED RECORDED MARCH 26, 1999 UNDER SERIES NO. 14724597 OF OFFICIAL RECORDS.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is not waived;

4. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

5. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

6. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

7. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Sally Salazar Mamaril
3499 Valley Vista Drive
San Jose, CA 95148-0000

David A. Boone
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
Debtor Attorney

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
Chapter 13 Trustee

U.S. Trustee
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Green Tree
PO Box 94710
Palatine, IL 60094-4710